IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | Chapter 13 |
| **Heather N Lightle** | : | |
| **Thomas J Lightle** | : | |
| | : | |
| | : | Bankruptcy Case No: 19-16788ELF |

### PRAECIPE TO WITHDRAW

TO THE COURT:

Please withdraw the *Certificate of No Response* filed at Docket No. 27.

Dated: February 21, 2020              */s/ Brad J. Sadek*
                                                              Brad J. Sadek, Esquire
                                                              Counsel for Debtor