IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Heather N Lightle | : | Chapter 13 |
| Thomas J Lightle | : | |
| | : | Case No.  19-16788ELF |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 23.

Dated:  February 21, 2020            /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper
                                     1315 Walnut Street, Suite 502
                                     Philadelphia, PA 19107
                                     215-545-0008