**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-16788** |
| **Heather N Lightle** | : **Chapter 13** |
| **Thomas J Lightle** | : **Judge Eric L. Frank** |
| **Debtor(s)** | : ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |

**OBJECTION OF WELLS FARGO BANK, N.A. TO MOTION TO MODIFY PLAN**
**(DOCKET NUMBER 45)**

Wells Fargo Bank, N.A. ("Creditor") by and through its undersigned counsel, objects to

the confirmation of the currently proposed motion to Modified Plan ("Plan") filed by Heather N

Lightle and Thomas J Lightle (collectively, "Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property

   commonly known as 1314 7th Ave., Swarthmore, PA 19081 ("Property").

2. Creditor has filed Proof of Claim number 3 in the amount of $103,242.73.  This amount

   includes a pre-petition arrearage in the amount of $907.86.

3. Debtor's loan underlying Claim 3 is currently under a forbearance that extends to June 1,

   2021.

4. The Plan fails to propose how the loan will be brought current once the forbearance

   period has expired.  Failure to provide for the cure or treatment of these payments may

   result in an immediate default in payments to Creditor on the expiration of the

   forbearance period.

5. Debtor's Plan therefore represents an impermissible modification of Creditor's claim and

   a violation of 11 U.S.C. §§1322 and 1325.

19-040849_JDD1

WHEREFORE, Creditor respectfully requests that the Court deny the Debtor's currently

proposed Motion to Modify Plan.

Respectfully submitted,

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

19-040849_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **:** |
| | **: Case No.: 19-16788** |
| **Heather N Lightle** | **: Chapter 13** |
| **Thomas J Lightle** | **: Judge Eric L. Frank** |
| **Debtor(s)** | **: \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of Wells Fargo

Bank, N.A. to the Motion to Modify Plan was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Heather N Lightle and Thomas J Lightle, Sadek and Cooper, 1315
Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 17, 2021:

Heather N Lightle and Thomas J Lightle, 1314 7th Avenue, Swarthmore, PA 19081

DATE: May 17, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

19-040849_JDD1