| Fill in this information to identify the case: |
|---|
| Debtor 1    Heather N Lightle |
| Debtor 2    Thomas J Lightle<br>(Spouse, if filing) |
| United States Bankruptcy Court for the Eastern District of Pennsylvania<br>(State) |
| Case number 19-16788-elf |

# Form 4100S
# Supplemental Proof of Claim for Forbearance Claim                02/21

**Please be advised:** This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) if the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). To the extent the Debtor was provided a forbearance on a loan not covered by the CARES Act, this Supplemental Proof of Claim is filed to provide notice of the loan status and COVID related relief provided to the Debtor. "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f) or creditor that granted a forbearance on a loan not covered by the CARES Act.

**Name of creditor: Wells Fargo Bank, N.A.**

**Court claim no.** (if known):
3-1

**Last 4 digits** of any number you use to identify the debtor's account: 6785

**Property address: 1314 7th AVE**
                    Number    Street

City Swarthmore    PA 19081
                   State    ZIP Code

## Part 1:    Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Forborne (FB) Payment Date | FB Payment Amount | Payment Amount Received During Forbearance | Date Funds Received | FB Payment Amount Remaining |
|---|---|---|---|---|
| 04/01/2020 | $1,671.01 | $1,671.01 | 04/16/2020 | $0.00 |
| 05/01/2020 | $1,671.01 | $1,671.01 | 05/29/2020 | $0.00 |
| 06/01/2020 | $1,671.01 | $1,671.01 | 07/03/2020 | $0.00 |
| 07/01/2020 | $1,671.01 | $1,671.01 | 08/07/2020 | $0.00 |
| 08/01/2020 | $1,671.01 | $1,671.01 | 09/18/2020 | $0.00 |
| 09/01/2020 | $1,671.01 | $1,685.75 | 11/13/2020 | $0.00 |
| 10/01/2020 | $1,671.01 | $1,685.75 | 01/22/2021 | $0.00 |
| 11/01/2020 | $1,685.75 | $1,685.75 | 03/17/2021 | $0.00 |
| 12/01/2020 | $1,685.75 | $489.41 | 04/30/2021 | $1,166.86 |
| 01/01/2021 | $1,685.75 | | | $1,685.75 |
| 02/01/2021 | $1,685.75 | | | $1,685.75 |
| 03/01/2021 | $1,685.75 | | | $1,685.75 |
| 04/01/2021 | $1,685.75 | | | $1,685.75 |
| 05/01/2021 | $1,685.75 | | | $1,685.75 |
| 06/01/2021 | $1,685.75 | | | $1,685.75 |

**Total of payments not received during forbearance period: $11,281.36**

| Part 2: | Information About Agreement to Modify or Defer Loan Obligation |

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

❏  Other.
❏

Yes. Attach copies of the writing outlining the modification or deferral:

- ❍ The loan was modified as follows:
- ❍ The amount of forborne payments and the deferral date:
- ❍ See Docket Entry(ies) _____

☒ No. If they have not already done so, Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor. The Debtor may contact Wells Fargo Home Mortgage to discuss a personalized solution at 1-800-274-7025. Written attorney consent may be required to speak directly with the Debtor about these options.

| Part 3: | Sign Here |
|---|---|

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

✗ /s/ Adam B. Hall
Signature

Date 09 / 21 / 2021

Print  Adam B. Hall
       First Name  Middle Name  Last Name

Title  Attorneys for Creditor

Company  Manley Deas Kochalski LLC

Address  P.O. Box 165028
         Number  Street

Columbus          OH        43216-5028
City              State     ZIP Code

Contact phone ( 614 ) 220 – 5611

Email  amps@manleydeas.com